Brent D. Sokol (State Bar No. 167537)
bdsokol@jonesday.com
Sarah G. Conway (State Bar No. 261414)
sgconway@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: 1.213.489.3939
Facsimile: 1.213.243.2539

Attorneys for Plaintiffs
ROLLS-ROYCE MOTORS CARS NA, LLC, and ROLLS-ROYCE MOTOR CARS LIMITED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ROLLS-ROYCE MOTOR CARS NA, LLC and ROLLS-ROYCE MOTORS CARS LIMITED,

Plaintiffs,

v.

FADI ELIAS and CLASSIC MOTOR INC.,

Defendants.

Case No.

**COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION; WITH DEMAND FOR JURY TRIAL**

Plaintiffs Rolls-Royce Motor Cars NA, LLC, and Rolls-Royce Motor Cars Limited (collectively, "Rolls Royce" or "Plaintiffs") seek injunctive and monetary relief from Defendants Fadi Elias and Classic Motor Inc. (hereinafter "Defendants") for trademark infringement and unfair competition with regard to Plaintiffs' famous Rolls-Royce Badge ("RR Badge") and interlocking Rolls-Royce Design ("RR Design"), pictured below:

As alleged more fully below, Defendants have violated, and continue to violate, the Trademark Act of 1946 as amended, 15 U.S.C. §§ 1051 *et seq.* (the "Lanham Act"), and California law through their unauthorized use of Rolls Royce's RR Badge and RR Design in connection with their competing automotive business.

## **Parties**

1. Plaintiff Rolls-Royce Motor Cars Limited is a company organized under the laws of England with its principal place of business at Ellesfield Avenue, Bracknell, Berkshire, RG12 8TA. Rolls-Royce Motor Cars Limited distributes Rolls-Royce vehicles to Rolls-Royce Motor Cars NA, LLC.

2. Plaintiff Rolls-Royce Motor Cars NA, LLC is a Delaware limited liability company with its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677. Rolls-Royce Motor Cars NA, LLC is responsible for the wholesale distribution of Rolls-Royce vehicles throughout the United States.

3. Defendant Classic Motor Inc. is a California corporation with its principal place of business 14265 Oxnard Street, Van Nuys, California 91401.

Defendant is in the business of selling, servicing, and repairing automobiles, including Rolls-Royce vehicles, in competition with Rolls Royce and its authorized dealers.

4. Defendant Fadi Elias is the owner of Classic Motor Inc. and has personally directed and participated in the acts alleged herein.

## **Jurisdiction and Venue**

5. This Court has personal jurisdiction over Defendants because Defendants reside in and/or conduct business in the State of California.

6. This Court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over Rolls Royce's claims under California law.

7. Venue is proper in this District under 28 U.S.C. § 1391(b), as Defendants reside in and/or have their principal place of business in this District and a substantial part of the events or omissions giving rise to the claim occurred and are occurring in this District.

## **Rolls Royce's Famous RR Badge and RR Design**

8. Rolls Royce is in the business of designing, manufacturing, distributing and servicing motor vehicles under various trademarks, including the RR Badge and RR Design (shown above).

9. Rolls-Royce Motor Cars Limited is the owner of the following U.S. Registration for the RR Badge and RR Design:

| Mark | Reg. No. | Reg. Date | Services/Goods |
|---|---|---|---|
| | 344,372 | March 23, 1937 | Motor road vehicles and chassis therefor; motor cars and chassis therefor |
| ROLLS ROYCE | 197,089 | April 7, 1925 | Automobiles and chassis |

10. These registrations were duly and legally issued, are valid and subsisting, and are incontestable pursuant to 15 U.S.C. § 1065.

11. Rolls-Royce Motor Cars NA, LLC is licensed to use the RR Badge and RR Design in the United States by Rolls-Royce Motor Cars Limited in connection with the distribution and sale of the aforementioned products.

12. Rolls Royce and its predecessors have used the RR Badge in United States commerce continuously in connection with motor road vehicles and chassis therefor since 1905.

13. Rolls Royce and its predecessors have used the RR Design in United States commerce continuously in connection with motor road vehicles and chassis therefor since 1907.

14. Since long prior to the acts of Defendants complained of herein, the Rolls Royce and its predecessors in interest have been using the RR Badge and RR Design in connection with its business of designing, manufacturing, and distributing motor vehicles and a variety of other products in the State of California.

15. To create and maintain goodwill among their customers, Rolls Royce has taken substantial steps to assure that all authorized Rolls-Royce dealers and service providers using the RR Badge and RR Design in the United States are of the highest quality.

16. Rolls Royce has expended millions of dollars in advertising efforts across the country in connection with the RR Badge and RR Design and its authorized dealers. As a result of its long use and promotion of these marks, Rolls Royce has established the RR Badge and RR Design as famous and distinctive marks among members of the American public.

**Defendants' Wrongful Activities**

17. Defendants are displaying a modified version of Rolls Royce's RR Badge on a sign outside their building and the Rolls Royce's RR Design on license plates on their inventory without authorization or permission from Rolls Royce. (*See* Exhibit A.)

18. Rolls Royce has sent Defendants three letters requesting that they cease and desist all uses of Rolls Royce's RR Badge and RR Design and trademark uses of any other Rolls Royce marks.

19. As of the filing of this Complaint, however, Defendants are still using Rolls Royce's RR Badge and RR Design in connection with their business.

20. Defendants have never provided services for Rolls Royce or any of its subsidiaries, affiliates or authorized agents.

21. Defendants are not affiliated with or sponsored by Rolls Royce and have never been authorized by Rolls Royce or any of its subsidiaries, affiliates or authorized agents to use Rolls Royce's RR Badge or RR Design in any form.

22. Defendants' unauthorized use of Rolls Royce's RR Badge and RR Design is intended to divert to Defendants persons who are interested in the products and services of Rolls Royce and to trade off the goodwill of Rolls Royce's marks.

23. Defendants' unauthorized use of Rolls Royce's RR Badge and RR Design in the manner described above:

 (a) is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties as to the origin, sponsorship, or approval of Defendants' products and services, or as to some affiliation, connection, or association of Defendants with Rolls Royce;

 (b) enables Defendants to trade off and receive the benefit of goodwill Rolls Royce built up at great labor and expense over many years, and to gain acceptance for Defendants' products and services not solely on their own merits, but on the reputation and goodwill of Rolls Royce, its famous RR Badge and RR Design, and its products and services;

 (c) unjustly enriches Defendants; and

 (d) unlawfully removes from Rolls Royce the ability to control the nature and quality of products and services provided under its marks and places the goodwill and valuable reputation of Rolls Royce in the hands of Defendants, over whom Rolls Royce has no control.

24. Rolls Royce has been damaged and continues to be damaged by Defendants' unauthorized use of Rolls Royce's RR Badge and RR Design in the manner described above.

25. Unless these acts of Defendants are restrained by this Court, Defendants will continue to cause irreparable injury to Rolls Royce and to the public for which there is no adequate remedy at law.

**Count I**
**Federal Trademark Infringement**
**(Lanham Act § 32, 15 U.S.C. § 1114(1))**

26. Rolls Royce re-alleges and incorporates the allegations set forth in paragraphs 1 through 27 herein.

27. Defendants' unauthorized use of Rolls Royce's RR Badge and RR Design in connection with identical goods and services is likely to cause confusion, to cause mistake or to deceive as to the source or sponsorship of Defendants' goods and services.

28. The acts of Defendants complained of herein constitute use in commerce of reproductions, copies, or colorable imitations of Rolls Royce's federally registered RR Badge and RR Design in connection with the sale, offering for sale, distribution and advertising of goods and services in violation of 15 U.S.C. § 1114(1).

29. Defendants' acts complained of herein have been deliberate, willful, intentional, and in bad faith, with full knowledge and in conscious disregard of Rolls Royce's rights in its RR Badge and RR Design and with intent to trade off Rolls Royce's vast goodwill in its marks.

30. As a result of the foregoing alleged actions of Defendants, Defendants have been unjustly enriched and Rolls Royce has been injured and damaged. Unless the foregoing alleged actions of Defendants are enjoined, Rolls Royce will continue to suffer injury and damage.

**Count II**
**Federal Unfair Competition, False Designation of Origin and Trademark Infringement**
**(Lanham Act §43(a), 15 U.S.C. § 1125(a))**

31. Rolls Royce re-alleges and incorporates the allegations set forth in paragraphs 1 through 32 herein.

32. Defendants' unauthorized use of Rolls Royce's RR Badge and RR Design falsely indicates that Defendants and their goods and services are connected with, sponsored by, affiliated with, or related to Rolls Royce.

33. Defendants' unauthorized use of Rolls Royce's RR Badge and RR Design has caused, and is likely to continue to cause, confusion, mistake, or deception as to the source or sponsorship of Defendants' goods and services.

34. Defendants' unauthorized use of Rolls Royce's RR Badge and RR Design in connection with their goods and services allows Defendants to receive the benefit of Rolls Royce's goodwill, which Rolls Royce has established at great labor and expense, and further allows Defendants to expand their business and sales, based not on their own qualities, but on the reputation and goodwill of Rolls Royce.

35. Defendants' acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of Rolls Royce's rights in its RR Badge and RR Design and with intent to trade off Rolls Royce's vast goodwill in its marks.

36. The acts of Defendants complained of herein constitute unfair competition and trademark infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

37. As a result of the foregoing alleged actions of Defendants, Defendants have been unjustly enriched and Rolls Royce has been injured and damaged. Unless the foregoing alleged actions of Defendants are enjoined, Rolls Royce will continue to suffer injury and damage.

**Count III**
**Unfair Competition**
**(Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**

38. Rolls Royce re-alleges and incorporates the allegations set forth in paragraphs 1 through 39 herein.

39. The acts of Defendants complained of herein constitute unfair competition in violation of the Cal. Bus. & Prof. Code §§ 17200 *et seq.*, as they are likely to deceive and mislead the public.

40. As a result of the foregoing alleged actions of Defendants, Defendants have been unjustly enriched and Rolls Royce has been injured and damaged. Unless the foregoing alleged actions of Defendants are enjoined, Rolls Royce will continue to suffer injury and damage.

**Count IV**
**Trademark Infringement and Unfair Competition**
**(Common Law of California)**

41. Rolls Royce re-alleges and incorporates the allegations set forth in paragraphs 1 through 42 herein.

42. The acts of Defendants complained of herein constitute trademark infringement and unfair competition in violation of the common law of California.

43. Defendants' unauthorized use of the infringing marks as described above has caused, is causing and, unless enjoined by this Court, will continue to cause confusion and mistake in the marketplace and deception of the trade and public as to the relationship or affiliation of the parties and the source, origin, or sponsorship of their respective products.

44. Defendants' unauthorized use of the infringing marks as described above has impaired, is impairing and, unless enjoined by this Court, will continue to impair Rolls Royce's reputation under its trademarks and has caused, is causing

and, unless enjoined by this Court, will continue to cause injury and damage to Rolls Royce for which Rolls Royce is entitled to relief under the common law.

45. As a result of the foregoing alleged actions of Defendants, Rolls Royce has been injured and damaged. Unless the foregoing alleged actions of Defendants are enjoined, Rolls Royce will continue to suffer injury and damage.

**Prayer For Relief**

WHEREFORE, Rolls Royce prays that:

1. Judgment be entered for Rolls Royce on its claims.

2. Defendants, their agents, distributors, suppliers, business partners, related companies, servants, employees, attorneys, successors, assigns, and all others in active concert or participation with any of them, be enjoined and restrained, during the pendency of this action, and permanently thereafter, from:

(a) using Rolls Royce's RR Badge and RR Design, or any colorable imitation thereof, either alone or part of any signs, flags, banners, license plates, interior and exterior walls, window etchings, websites, commercial videos, photographs, telephone directory or other internet or print advertisements, promotional activities, stationery, and business cards, or otherwise in connection with their business;

(b) making any trademark use of any other Rolls Royce trademarks and logos, or colorable imitations thereof; and

(c) doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendants, or their products or services, come from, or are connected with, sponsored by, or approved by, Rolls Royce.

3. An accounting be directed to determine Defendants' profits resulting from their activities and that such profits be paid over to Rolls Royce and increased as the Court finds to be just under the circumstances of this case.

4. Defendants be required to pay over to Rolls Royce:

    (a) in accordance with Section 35(a) of the Lanham Act, 15 U.S.C. §1117(a), an award of treble Plaintiffs' actual damages and Defendants' profits, together with profits resulting from sales by Defendants relating to their aforesaid trademark infringement and unfair competition; and

    (b) Rolls Royce's reasonable attorneys' fees and costs of this action.

5. Defendants, in accordance with Section 36 of the Lanham Act, 15 U.S.C. § 1118, be required to deliver up to Rolls Royce for destruction all business cards, labels, signs, photographs, prints, packages, bottles, receptacles, containers, papers, advertisements and other promotional materials in Defendants' possession or control bearing any use of Rolls Royce's RR Badge and RR Design or colorable imitations thereof.

6. Defendants, in accordance with Section 34(a) of the Lanham Act, 15 U.S.C. § 1116(a), be required to file with the Court, and serve upon Rolls Royce, within thirty (30) days after the entry and service on Defendants of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with the terms of such injunction.

7. Rolls Royce recover such other relief as the Court may deem appropriate.

**Demand For Jury Trial**

Plaintiffs demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: November 23, 2016

By: */s/ Brent Sokol*

Brent D. Sokol
bdsokol@jonesday.com

Attorneys for Plaintiffs
ROLLS-ROYCE MOTORS CARS NA, LLC and ROLLS-ROYCE MOTOR CARS LIMITED

# EXHIBIT A

http://classicmotorco.com/cars/Used/2003/Bentley/Azure/Mulliner/289866

https://www.facebook.com/ClassicRollsAndBentley/photos/pb.209749699038500.-2207520000.1425677417./355982351081900/?type=3&theater

https://www.facebook.com/ClassicRollsAndBentley/photos/pb.2097496990385000.-2207520000.1425677417./561154747231325/?type=3&theater

https://www.facebook.com/ClassicRollsAndBentley/photos/pb.209749699038500.-2207520000.1425677417./660342413979224/?type=3&theater

https://www.facebook.com/ClassicRollsAndBentley/photos/pb.209749699038500.-2207520000.1425677417./736830929663705/?type=3&theater

4265
Classic Motors Inc.
ROLLS ROYCE BENTLEY
BUY * SALE * TRADE
818-988-1045
14265
OXNARD ST
Classic Motors
COMPANY
BUY SALES
&
SERVICE
ROLLS
ROYCE
ROLLS ROYCE
BENTLEYS
818-988-1045
14265
OXNARD
SELF
STORAGE
786-8250
Be Healthy!
grill